CAROL A. CONNAGHAN v. JAMES C. CONNAGHAN.

January 28, 1987.

Petition for certification in this matter is summarily remanded to the Appellate Division for reconsideration of its judgment upon completion of a further remand to the trial court for the preparation of a more particularized statement of the findings and reasons supporting its conclusion.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. GEORGE MORAINO.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL LUIS PEREZ.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SAMUEL WOODS.

January 28, 1987.

Petition for certification denied.